**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **SCHOOL DISTRICT OF PHILADELPHIA,**<br><br>    Plaintiff,<br><br>    *v.*<br><br>**M.M. and S.M., individually and on behalf of S.M.,**<br><br>    Defendant. | **CIVIL ACTION**<br><br><br>**NO. 23-3165-KSM** |

## ORDER

**AND NOW**, this 25th day of January, 2024, the parties having informed the Court that they have settled this matter; accordingly, it is hereby **ORDERED** as follows:

1.    This action is **DISMISSED WITH PREJUDICE** pursuant to agreement of counsel without costs pursuant to Rule 41.1(b) of the Local Rules of Civil Procedure of this Court.[1] The Court shall retain jurisdiction for a period of ninety (90) days while the parties memorialize their settlement agreement; and

2.    The clerk of court shall mark this matter as **CLOSED**.

BY THE COURT:

/s/ Karen Spencer Marston
KAREN SPENCER MARSTON, J.

---

[1] Rule 41.1(b) provides that any dismissal order entered "may be vacated, modified, or stricken from the record, for cause shown, upon the application of any party served within ninety (90) days of the entry of such order of dismissal, provided the application of the ninety-day time limitation is consistent with Federal Rule of Civil Procedure 60(c)." E.D. Pa. Loc. Civ. R. 41.1(b).